UNITED STATES of America,
Plaintiff–Appellee,

v.

**Roger Miguel BORJAS–ANDRADE,**
Defendant–Appellant.

No. 07–15422
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 25, 2008.

Gino Lombardi, Sarasota, FL, for Defendant–Appellant.

Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before CARNES, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

Roger Miguel Borjas–Andrade appeals his sentence of 87 months' imprisonment for conspiracy to possess with intent to distribute, and possession with intent to distribute, at least five kilograms of cocaine while onboard a vessel subject to the jurisdiction of the United States, in violation of 18 U.S.C. § 2, 21 U.S.C. § 960(b)(1)(B)(ii), and 46 U.S.C. §§ 70503, 70506. Borjas–Andrade argues that the district court improperly increased his offense level for possession of a dangerous weapon pursuant to U.S.S.G. § 2D1.1(b)(1).

Under the Guidelines, if a defendant possesses a dangerous weapon in relation to a drug offense, his offense level is increased by 2 levels. U.S.S.G. § 2D1.1(b)(1). The commentary provides that the weapon enhancement should be applied if a weapon was present, unless it was clearly improbable that the weapon was connected to the offense, and gives an unloaded hunting rifle in a residential closet as an example of clear improbability. *Id.* comt. n. 3.

Here, the district court properly applied the § 2D1.1(b)(1) enhancement for the presence of dangerous weapons, because two weapons were available to protect the 4,200 pounds of cocaine onboard the subject vessel. Accordingly, we affirm.

**AFFIRMED.**